THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY C. HIBBE, Appellant.

*People* v. *Hibbe*, 94 App. Div. 620, affirmed.
(Argued November 28, 1904; decided December 13, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1904, which affirmed a judgment of the Court of General Sessions in the county of New York rendered upon a verdict

convicting the defendant of the crime of manslaughter in the first degree.

*Lewis Stuyvesant Chanler* for appellant.

*William Travers Jerome, District Attorney (Howard S. Gans* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, MARTIN and VANN, JJ. Not voting: O'BRIEN and BARTLETT, JJ.